No. 493. Texas & Pacific Railway Company, Plaintiff in Error, *v.* B. B. Cauble. In error to the United States Circuit Court of Appeals for the Fifth Circuit. April 2, 1912. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. W. L. Hall* for the plaintiff in error. *Mr. Theodore Mack* for the defendant in error.

No. 538. Chicago Great Western Railroad Company, Plaintiff in Error, *v.* William F. Owens. In error to the Supreme Court of the State of Minnesota. April 2, 1912. Dismissed without costs to either party, per stipulation. *Mr. Asa G. Briggs* for the plaintiff in error. *Mr. Samuel A. Anderson* for the defendant in error.

No. 1078. William Bowman, Plaintiff in Error, *v.* The State of Arkansas. In error to the Supreme Court of the State of Arkansas. April 9, 1912. Docketed and dismissed with costs, on motion of *Mr. James P. Clarke* for the defendant in error. No one opposing.

No. 291. Trussed Concrete Steel Company, Appellant, *v.* Fidelity Storage Corporation et al. Appeal from the Court of Appeals of the District of Columbia. April 11, 1912. Dismissed with costs, on motion of counsel for the appellant. *Mr. Jackson H. Ralston, Mr. Frederick L. Siddons* and *Mr. William E. Richardson* for the appellant. *Mr. Walter C. Clephane* and *Mr. Alan O. Clephane* for the appellees.